**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENVIRONMENTAL SOUND SOLUTIONS, INC., <br><br>                    Plaintiff,<br><br>       vs.<br><br>FRED CHYNOWETH, Revenue Agent,<br><br>                    Defendant._____/ | CASE NO. CV F 05-1431 REC LJO<br><br>**ORDER TO STRIKE EX PARTE MOTION AND TO STAY ACTION**<br>(Doc. 3.) |

On January 27, 2006, plaintiff Environmental Sound Solutions, Inc. ("plaintiff's") filed an ex parte motion to address action taken by this Court's clerk regarding a summons. Plaintiff's ex parte motion is signed by Kevin L. DeBondt, plaintiff's president. There is no indication that an attorney represents plaintiff, a corporation.

A "corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony*, 506 U.S. 194, 202, 113 S.Ct. 716, 721 (1993); *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *see Osborn v. President of Bank of United States*, 9 Wheat. 738, 829, 6 L.Ed. 204 (1824); *Turner v. American Bar Ass'n*, 407 F.Supp. 451, 476 (N.D. Tex. 1975) (citing the "long line of cases" from 1824 to the present holding that a corporation may only be represented by licensed counsel). All artificial entities must appear in federal court through counsel. *Rowland*, 506 U.S. at 202, 113 S.Ct. at 721. This Court's Local Rule 83-183(a) provides: "A corporation or other entity may appear only by an attorney."

1

1    Plaintiff pursues neither this action nor its ex parte motion through licensed counsel. As such, plaintiff's ex parte motion is not properly before this Court.

On the basis of good cause, this Court:

1. STRIKES plaintiff's ex parte motion to reverse clerk action;

2. ORDERS plaintiff, no later than February 28, 2006, to secure representation of licensed counsel to appear for plaintiff in this action;

3. ADMONISHES plaintiff that this Court will dismiss this action unless plaintiff, no later than February 28, 2006, secures representation of licensed counsel to appear for plaintiff in this action; and

4. STAYS this action pending plaintiff's appearance through licensed counsel.

IT IS SO ORDERED.

**Dated:   January 31, 2006**              /s/ Lawrence J. O'Neill
66h44d                                                     UNITED STATES MAGISTRATE JUDGE