IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL SOUND SOLUTIONS, INC., <br><br> Petitioner, <br><br> vs. <br><br> FRED CHYNOWETH, Revenue Agent, et al., <br><br> Respondent. | No. CV-F-05-1431 REC/LJO <br><br> ORDER VACATING RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO COMPLY WITH COURT ORDER (Doc. 7), STRIKING DOCS. 8-9 AS MOOT, AND REMANDING ACTION TO UNITED STATES MAGISTRATE JUDGE FOR FURTHER STATUS CONFERENCE |

On March 7, 2006, the United States Magistrate Judge recommended that this action be dismissed because of petitioner's failure to retain counsel to represent the corporation no later than February 28, 2006.

On March 28, 2006, attorney Michael D. Troy filed an untimely objection to the recommendation, averring that he was retained by petitioner to represent petitioner in this action on March 23, 2006.  Mr. Troy also filed a "Notice and Explanation for Late Filing", averring that the objection was filed a day

1

1  late because Attorney Diversified Services, to whom the objection
2  was sent on March 22, 2006, failed to file the objection as
3  requested.
4      The court will consider the untimely objection.  Because
5  petitioner has retained counsel to represent it in this action,
6  the court will vacate the recommendation that the action be
7  dismissed.  However, the court advises Mr. Troy and petitioner
8  that timely compliance with court orders is expected and any
9  future failure to do so will result in the imposition of
10 sanctions, including the sanction of dismissal.  The court
11 further advises Mr. Troy to advise his client that the court will
12 strike any pleadings filed by Kevin L. DeBondt, president of
13 petitioner.
14     Because petitioner has retained Mr. Troy to represent it in
15 this action, the court hereby strikes the pleading captioned "*In
16 Special Appearance, Ex Parte* Reply to ORDER DENYING "NOTICE OF
17 VOID JUDGMENT, OBJECTION, MOTIONS FOR RECONSIDERATION AND
18 EXTENSION OF TIME (Doc.5)" filed by petitioner in pro per on
19 March 21, 2006 as moot.
20     This action is remanded to the United States Magistrate
21 Judge for further status conference.
22     IT IS SO ORDERED.
23 **Dated: March 30, 2006**           **/s/ Robert E. Coyle**
   668554                              UNITED STATES DISTRICT JUDGE
24
25
26

2