IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL SOUND SOLUTIONS,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRED CHYNOWETH,<br>Revenue Agent,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 05-1431 REC LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PETITION TO QUASH IRS SUMMONS AND GOVERNMENT'S MOTIONS TO DISMISS PETITION TO QUASH IRS SUMMONS AND TO ENFORCE IRS SUMMONS** |

## BACKGROUND

The United States of America seeks to dismiss a petition to quash an Internal Revenue Service ("IRS") summons filed by plaintiff Environmental Sound Solutions, Inc. ("ESS") and to enforce the IRS summons issued to Washington Mutual, ESS' bank. The United States of America further seeks to substitute itself in place of defendant Revenue Agent Fred Chynoweth as the real party in interest. ESS filed no papers to oppose the United States of America's motions to dismiss ESS' petition and to enforce the IRS summons. Pursuant to Local Rule 78-230(c), (h), the magistrate judge considered the United States of America's motions on the record and without oral argument and issued May 23, 2006 findings and recommendations to:

    1.    DISMISS named defendant IRS Revenue Agent Fred Chynoweth and substitute the United States of America in his place;

2.     DENY ESS' petition to quash the IRS summons to Washington Mutual;

3.     GRANT the United States of America's motions to dismiss ESS' petition and to enforce the IRS summons to Washington Mutual; and

4.     DIRECT this Court's clerk to enter judgment in favor of defendant United States of America and against plaintiff Environmental Sound Solutions, Inc. and to close this action.

On June 7, 2006, EES president Kevin L. DeBondt filed objections to the findings and recommendations and signed the objections although EES appears through counsel and this Court has admonished EES and Mr. DeBondt that EES, as a corporation, can appear only through counsel. Since EES has appeared by counsel and EES may not appear by Mr. DeBondt, this Court need not consider the meritless objections to the findings and recommendations.

## CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1.     ADOPTS in full the magistrate judge's May 23, 2006 findings and recommendations;

2.     DISMISSES named defendant IRS Revenue Agent Fred Chynoweth and SUBSTITUTES the United States of America in his place;

3.     DENIES ESS' petition to quash the IRS summons to Washington Mutual;

4.     GRANTS the United States of America's motions to dismiss ESS' petition and to enforce the IRS summons to Washington Mutual; and

5.     DIRECTS this Court's clerk to enter judgment in favor of defendant United States of America and against plaintiff Environmental Sound Solutions, Inc. and to close this action.

IT IS SO ORDERED.

Dated:   June 8, 2006                       /s/ Robert E. Coyle
668554                                         UNITED STATES DISTRICT JUDGE